**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In re:                                              )
                                                    )
RICHARD PATTON DEEDS, JR,                           )        Case No. 23-11138-BFK
                                                    )        Chapter 11
                        Debtor.                     )

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

On August 15, 2023, the Court held a hearing on the Court's Notice of Dismissal for Failure to Timely File Schedules and Statements associated with his Chapter 11 plan. Docket No. 10. The Court also entered an Order Setting a Status Hearing for August 15, 2023, in the matter. Docket No. 8. An appearance was made by Counsel for the U.S. Trustee, Jack Frankel. The Debtor did not appear for the hearing. For the reasons stated on the record, it is

**ORDERED**:

1.      This case is dismissed without prejudice.

2.      The Debtor is advised that under Bankruptcy Rule 8002, he will have fourteen (14) days from the entry of this Order to appeal by filing a Notice of Appeal with the Clerk of the Bankruptcy Court.

3.      The Clerk will mail a copy of this Order, or give electronic notice of its entry, to the parties listed below.

Date: Aug 18 2023                                   /s/ Brian F Kenney
_____                             _____
                                                    The Honorable Brian F. Kenney
Alexandria, Virginia                                United States Bankruptcy Judge

                                                    Entered On Docket:  August 18, 2023

1

Copies to:

Richard Patton Deeds, Jr.                       Jack Frankel
1404 Cromwell Rd                                1725 Duke St
Vienna, VA 22182                                Alexandria, VA 22314
*Pro Se Debtor*                                 *Counsel for the U.S. Trustee*